✎ PS 8
(5/04)

Case 2:13-cr-00114-TOR   Document 186   Filed 01/24/14

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 24, 2014

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.     Vincent Montel Rodabough     Docket No.     2:13CR00114-004

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW, Melissa Hanson, U.S. pretrial services officer, presenting an official report upon the conduct of defendant, Vincent Montel Rodabough, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno, U.S. Magistrate Judge, sitting in the court at Spokane, Washington, on the 5th day of August 2013, under the following conditions:

**Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** On or about November 12, 2013, the defendant tested positive for methamphetamine.

**Violation #2:** On or about December 26, 2013, the defendant provided a drug testing sweat patch that tested positive for methamphetamine.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    January 24, 2014 |
| by | s/Melissa Hanson |
|  | Melissa Hanson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

January 24, 2014

Date